**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANA ALDEN FOX, SB# 119761
  E-Mail: Dana.Fox@lewisbrisbois.com
MATTHEW P. HARRISON, SB# 222073
  E-Mail: Matthew.Harrison@lewisbrisbois.com
DAWN M. FLORES-OSTER, SB# 155722
  E-Mail: Dawn.Flores-Oster@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, SALVADOR SANCHEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-00416-JGB-SP<br><br>**NOTICE OF ARREST OF DEFENDANT SALVADOR SANCHEZ BY THE CALIFORNIA DEPARTMENT OF JUSTICE, CHARGED WITH THREE FELONY COUNTS, ONE FOR VOLUNTARY MANSLAUGHTER (PEN. CODE, § 192(A)), AND TWO FOR POSSESSION OF A SEMI-AUTOMATIC FIREARM (PEN. CODE, § 245(B)) RELATIVE TO THE SHOOTING AT ISSUE IN THIS CIVIL ACTION; DECLARATION OF MATTHEW P. HARRISON; EXHIBITS**<br><br>Judge:   Jesus G. Bernal<br><br>Final Pretrial Conf.: October 4, 2021<br>Trial Date:          October 19, 2021 |

TO THE HONORABLE COURT AND ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant, Salvador Sanchez ("Defendant") hereby respectfully advises the Honorable Court that he, Defendant, Salvador Sanchez, was arrested by the California Department of Justice on August

4846-8079-5126.1

NOTICE OF ARREST OF DEFENDANT SALVADOR SANCHEZ BY THE CALIFORNIA DEPARTMENT OF JUSTICE

9, 2021 and charged with three felony counts, namely, a felony count for voluntary manslaughter (Pen. Code, § 192(A)), and two felony counts of possession of a semi-automatic firearm (Pen. Code, § 245(B)), also felonious. As more fully set forth in the attached Declaration of Matthew Harrison, counsel for defendant Sanchez, counsel was not aware the arrest was contemplated by the Department of Justice and did not learn of the arrest until August 9, 2021.

Defendant continues to meet and confer with counsel for the City and for plaintiffs regarding these new and unanticipated developments and finds it appropriate to advise the Court of same.

DATED: August 11, 2021

DANA ALDEN FOX
MATTHEW P. HARRISON
DAWN M. FLORES-OSTER
LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____/s/ Dawn M. Flores-Oster_____
DAWN M. FLORES-OSTER
Attorneys for Defendant, SALVADOR SANCHEZ



# MEMORANDUM OF POINTS AND AUTHORITIES

## I. STATUS OF CASE AND NOTICE OF ARREST OF SALVADOR SANCHEZ BY THE CALIFORNIA DEPARTMENT OF JUSTICE

As more fully set forth in the Declaration of Matthew Harrison, defense counsel was advised that on August 9, 2021, defendant Sanchez was arrested by the California Department of Justice and charged with three felonies, one for voluntary manslaughter (Pen. Code, § 192(A)) and two counts of possession of a semi-automatic firearm (Pen. Code, § 245(B)), also felonious. Counsel for defendant had no knowledge and did not anticipate such an arrest would occur.

Counsel for defendant has been diligently meeting and conferring with all counsel to determine whether to modify the Court's Scheduling Orders of December 7, 2020, dkt 40, April 7, 2021, dkt 52 and June 1, 2021, dkt 54, or to seek a brief stay of the action. Defendant will continue in those efforts.

DATED: August 11, 2021
DANA ALDEN FOX
MATTHEW P. HARRISON
DAWN M. FLORES-OSTER
LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/ Dawn M. Flores-Oster
DAWN M. FLORES-OSTER
Attorneys for Defendant, SALVADOR SANCHEZ



# **DECLARATION OF MATTHEW P. HARRISON**

I, Matthew P. Harrison, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant, SALVADOR SANCHEZ herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Since your declarant learned of Mr. Sanchez's arrest by the Department of Justice on August 9, 2021, as initiated by your declarant, the parties met and conferred on the issues raised in view of the arrest, commencing on August 9, again on 10th, 2021, via electronic mail and by telephone and will continue to do so moving forward. Thus far, while the City agreed in theory to modifying the Court's Scheduling Orders, dkts 40, 52 and 54, plaintiffs did not.

3. Despite his assertion of the Fifth Amendment privilege, defendant diligently engaged and continues to engage in the discovery process since the case's inception, and also continues to prepare for trial. Salvador Sanchez's arrest on August 9, 2021 was not and could not have been predicted by declarant, as the discovery process was moving forward in a normal course, and your declarant was not advised and had no knowledge of the Department of Justice's intentions.

4. A true and correct copy of a Felony Complaint in the matter of *People of The State Of California vs. Salvador Alejandro Sanchez*, in the Superior Court, County of Riverside, Case No. TBD, dated August 5, 2021, is attached hereto as Exhibit "A."

///
///
///
///

5. A true and correct copy of State of California Department of Justice Press Release dated August 9, 2021, is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 11th day of August, 2021, at Los Angeles, California.

          /s/ Matthew P. Harrison
          Matthew P. Harrison