LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH,<br><br>             Plaintiffs,<br><br>      vs.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ,<br><br>             Defendants. | Case No. 5:20-cv-00416-JGB-SP<br><br>**JOINT STATEMENT OF THE CASE** |

**TO THIS HONORABLE COURT, PLEASE TAKE NOTICE THAT** the parties hereby submit their [Proposed] Statement of the Case to be read to the jury panel in this matter.

Dated: October 1, 2021   LAW OFFICES OF DALE K. GALIPO

By: ___*s/ Dale K. Galipo*___
    Dale K. Galipo
    Eric Valenzuela
    Renee V. Masongsong
    *Attorneys for Plaintiffs*

DATED: October 1, 2021   DANA ALDEN FOX
MATTHEW P. HARRISON
LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  *s/ Matthew P. Harrison*
    Matthew P. Harrison, Esq.
    Attorneys for Defendant, SALVADOR SANCHEZ

DATED:  October 1, 2021   LOS ANGELES CITY ATTORNEYS' OFFICE

By:  *s/ Colleen Smith*
    Colleen Smith, Esq.
    Cory Brente, Esq.
    Attorneys for Defendant City of Los Angeles

# JOINT STATEMENT OF THE CASE

This civil case arises out of an officer-involved shooting that occurred on the inside of a Costco, in the City of Corona, California on June 14, 2019.  The Plaintiffs are Paola and Russel French and the defendants are Salvador Sanchez and the City of Los Angeles.  Salvador Sanchez was employed by the Los Angeles Police Department at the time of the incident.   Plaintiffs allege Salvador Sanchez used excessive and unreasonable force and was negligent when Paola, Russell and their son, Kenneth French were shot by Sanchez.

Plaintiffs allege that Salvador Sanchez was acting in his capacity as a City of Los Angeles Police Officer and under the Color of Law at the time of the incident. Plaintiffs are seeking monetary damages against the Defendants as permitted by law.

Defendant City of Los Angeles denies Plaintiffs' claims against it and contends that Defendant Salvador Sanchez ~~was off duty outside the City of Los Angeles~~[1] and not acting within the course and scope of his employment with the City of Los Angeles at the time of the incident.

 Defendant Salvador Sanchez denies he is liable to the plaintiffs and disputes the nature and extent of the plaintiffs alleged injuries and damages.

---

[1] Plaintiffs are not agreeable to the Defendant City of Los Angeles' proposed language which has a line through it.  Other that the language with the line through it, the parties agree on the rest of the language in the joint statement of the case.