**MICHAEL N. FEUER**, City Attorney - SBN 111529
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney- SBN 184980
**CORY M. BRENTE**, Senior Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH**, Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant* **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>PLAINTIFFS,<br>v.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ; and DOES 1 - 10, inclusive,<br><br>DEFENDANTS. | **CASE NO.: CV20-00416 JGB (SPx)**<br>*Hon. Jesus G. Bernal, Riverside Crtm.1.*<br>*Hon. Sheri Pym, Crtm. 3, 3rd Flr*<br><br>**DEFENDANT CITY OF LOS ANGELES' FIRST AMENDED WITNESS LIST**<br><br>PRE-TRIAL CONF.<br>DATE:   October 4, 2021<br>CTRM:   Courtroom 1<br>TIME:    11:00 a.m.<br><br>TRIAL<br>DATE:   October 19, 2021<br>CTRM:   Courtroom 1<br>TIME:    9:00 a.m. |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to U.S.D.C. Local Rules 16-5, Defendant **CITY OF LOS ANGELES** respectfully submit its amended list of witnesses to be called at the trial in this matter.

/ / /

/ / /

## DEFENDANTS' WITNESS LIST

| No. | Witness's Name | Dates of Testimony |
|---|---|---|
| 1. | Paola French | |
| 2. | Russell French | |
| 3. | Salvador Sanchez | |
| 4. | Rosemary Sanchez | |
| 5. | R. Slane, Corona PD | |
| 6. | Steven Hungerford, Corona PD | |
| 7. | Detective Mark DeRuyter, Corona PD | |
| 8. | Sgt. Jason Viefhaus, Corona PD | |
| 9. | Detective John Healy, Corona PD | |
| 10. | Dan Avila, Corona PD | |
| 11. | Jesus Jurado, Corona PD | |
| 12. | Detective Jesse Marquez, Corona PD | |
| 13. | Jessica Carbaja, Corona PD | |
| 14. | Richard Youngquist, Corona PD | |
| 15. | Bryan Wood, Corona PD | |
| 16. | Mark Tarrant, Corona PD | |
| 17. | Daryl Sailer, Corona PD | |
| 18. | Rozzy Rael, Corona PD | |
| 19. | Detective Mario Hernandez, Corona PD | |
| 20. | A. Plascencia, Corona PD | |
| 21. | M. Neff, Corona PD | |
| 22. | Kyle Nabi, Corona PD | |
| 23. | M. Kushner, Corona PD | |
| 24. | William Eubanks, Corona PD | |

| | | | |
|---|---|---|---|
| 1 | 25. | R. Hubbard, Corona PD | |
| 2 | 26. | M. Gutierrez, Corona PD | |
| 3 | 27. | David Dopson, Corona PD | |
| 4 | 28. | Detective Lisa Larios, Corona PD | |
| 5 | 29. | Detective Garey Painter, Corona PD | |
| 6 | 30. | Detective Gail Gottfried, Corona PD | |
| 7 | 31. | Detective Robert Gonzalez, Corona PD | |
| 8 | 32. | John Garcia, Corona PD | |
| 9 | 33. | D. Walker, Corona PD | |
| 10 | 34. | Mr. Rodriguez, Corona PD | |
| 11 | 35. | Wesley Manning | |
| 12 | 36. | Trevor Wilding | |
| 13 | 37. | Jason Escalera | |
| 14 | 38. | Mauricio Castillo | |
| 15 | 39. | Nicholas Blaquiere | |
| 16 | 40. | Regina Boladian | |
| 17 | 41. | Basil Dogan Brown | |
| 18 | 42. | Peter McFerrin | |
| 19 | 43. | Omar Barraza* | |
| 20 | 44. | Juan-David Canchon* | |
| 21 | 45. | Samira Shakoor* | |
| 22 | 46. | Veronica Rodriguez* | |
| 23 | 47. | Danny McCutcheon* | |
| 24 | 48. | William Gagnon* | |
| 25 | 49. | Dianne Bawit* | |
| 26 | 50. | Charmaine Collins-Cepeda* | |
| 27 | 51. | Gabriel Lopez* | |
| 28 | | | |

DEFENDANT CITY OF LOS ANGELES FIRST AMENDED WITNESS LIST

3

| | | |
|---|---|---|
| 52. | Juan Gutierrez* | |
| 53. | Victor Witte* | |
| 54. | Douglas Matz* | |
| 55. | LAPD Sergeant Andrew Kukla | |
| 56. | LAPD Commander Timothy Nordquist | |
| 57. | LAPD PMK re proposed discipline and termination of against Salvador Sanchez | |
| 58. | LAPD Lieutenant David Smith | |
| 59. | LAPD Detective Ubaldo Zesati | |
| 60. | LAPD Detective Anthony Rheault | |

*Denotes witnesses that may be called

Defendants reserve their right to call any additional witnesses as necessary for impeachment or rebuttal purposes as allowed by the Local Rules of Court.

Dated: October 18, 2021        **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Dep. City Attorney
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:   /s/ *Colleen R. Smith*
     **COLLEEN R. SMITH,** Deputy City Attorney
     *Attorneys for Defendant* **CITY OF LOS ANGELES**