LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PAOLA FRENCH and RUSSELL FRENCH,

          Plaintiffs,

     vs.

CITY OF LOS ANGELES; SALVADOR SANCHEZ; and DOES 1-10, inclusive,

          Defendants.

Case No. 5:20-cv-00416-JGB-SP


**INDEX RE DEFENDANT SALVADOR SANCHEZ'S DEPOSITION TESTIMONY TO BE OFFERED AS EVIDENCE AT TRIAL**

TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby submit an index of portions of the deposition testimony of Defendant Salvador Sanchez to be offered as evidence in Plaintiffs' case in chief. Plaintiffs intend to play the video portions of Defendant Sanchez's testimony that correspond to the below citations. Excerpts of Defendants' deposition transcript containing the testimony cited in the index are attached hereto as "Exhibit A."

Defendant City's objections are set forth herein.  Defendant City reserves its right to make further objections at trial based on the presentation of evidence.

DATED: October 12, 2021                    LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Attorney for Plaintiffs

Dated: October 18, 2021        **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Dep. City Atty
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: ___/s/ *Colleen R. Smith*_____
**COLLEEN R. SMITH,** Deputy City Attorney
*Attorneys for Defendant* **CITY OF LOS ANGELES**

1

DATED:  October 18, 2021

DANA ALDEN FOX
MATTHEW P. HARRISON
DAWN M. FLORES-OSTER
ANDREW C. HUBERT
LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3

4

5

By: _____/s/ Andrew C. Hubert_____

ANDREW C. HUBERT
Attorneys for Defendant, SALVADOR
SANCHEZ

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| No. | Deposition Citation | Objection |
|---|---|---|
| 1. | 22:8-24:2 | <u>Defendant City</u>:  None. |
| 2. | 24:8-12 | <u>Defendant City</u>:  None. |
| 3. | 24:15-25 | <u>Defendant City</u>:  There is a typographical error in the transcript.   Section 210.35 is Conduct *Unbecoming* an Officer, not Conduct *on becoming* an Officer. |
| 4. | 25:8-27:6 | <u>Defendant City</u>:  Object to 26:22-27:6, irrelevant, FRE 403, confusing. *See* colloquy between counsel at 27:7-16. |
| 5. | 28:5-23 | 28:5-10 – Irrelvant, Defendant Sanchez's subject state of mind is irrelevant to the jury's determination of the issues. |
| 6. | 29:1-12 | <u>Defendant City</u>:  None. |
| 7. | 30:2-31:3 | <u>Defendant City</u>:  None. |
| 8. | 31:20-34:5 | <u>Defendant City</u>:  None. |
| 9. | 34:16-23 | <u>Defendant City</u>:  None. |
| 10. | 35:10-36:8 | <u>Defendant City</u>:  None. |
| 11. | 38:4-8 | <u>Defendant City</u>:  Vague, ambiguous, lacks foundation. There is no indication what document is being referred to. |
| 12. | 40:2-15 | <u>Defendant City</u>:  FRE 106.  Pages 39:18-19 and 40:20-21 also should be read. |
| 13. | 41:6-20 | <u>Defendant City</u>:  FRE 106.  Pages 40:21-41:5 also should be read. |
| 14. | 42:17-24 | <u>Defendant City</u>:  None. |

| | | | |
|---|---|---|---|
| 15. | 65:2-7 | <u>Defendant City</u>:  None. | |
| 16. | 67:11-25 | <u>Defendant City</u>:  None. | |
| 17. | 73:7-19 | <u>Defendant City</u>:  None. | |
| 18. | 74:4-17 | <u>Defendant City</u>:  None. | |
| 19. | 83:14-25 | <u>Defendant City</u>:  None. | |
| 20. | 91:14-17 | <u>Defendant City</u>:  None. | |
| 21. | 116:11-25 | <u>Defendant City</u>:  None. | |
| 22. | 124:21-125:24 | <u>Defendant City</u>:  Object to 125:4-12 being read.  It has comments and statements of counsel and the question at 125:11-12 is a repeat of the question at 125:2-3.  Defendant City also objects to 125:17-19 being read.  It is a statement by Sanchez's attorney, it is not an appropriate question and answer. | |
| 23. | 127:13-21 | <u>Defendant City</u>:  Object to 127:16-18 being read.  This is a statement by Sanchez's attorney and is inadmissible hearsay and commentary. | |
| 24. | 129:4-12 | <u>Defendant City</u>:  Object to 129:7-8 being read.  This is a statement by Sanchez's attorney and is inadmissible hearsay and commentary. | |
| 25. | 130:8-22 | <u>Defendant City</u>:  Object to 130:18-20 being read.  This is a statement by Sanchez's attorney and is inadmissible hearsay and commentary. | |
| 26. | 136:4-137:6 | <u>Defendant City</u>:  Object to 136:8-20 being read.  This is inadmissible hearsay and the colloquy between counsel. | |
| 27. | 137:23-138:25 | <u>Defendant City</u>:  Objection to 138:21-24 being | |

| | | read. This is an objection by counsel which is not read to the jury. |
|---|---|---|
| 28. | 140:7-142:11 | Defendant City:  Object to 140:11-15 being read. This is an objection by counsel which is not read to the jury.<br><br>Defendant City also objects to 140:25-141:4 being read. Counsel obviously misspoke, and the witness (understandably) asked that the question be repeated.<br><br>Defendant City further objects to 17-22 being read. The question was not answered and then withdrawn. |
| 29. | 143:7-17 | Defendant City:  Object to 143:10-15 being read. It is an objection by counsel and commentary by counsel. |
| 30. | 149:22-151:20 | Defendant City:  None. |

## DEFENDANT CITY'S COUNTER-DESIGNATIONS

| No. | Deposition Pages | Objections by Sanchez |
|---|---|---|
| 1. | 11:10-24 | |
| 2. | 11:25-14:1 | |
| 3. | 16:10-12 | |
| 4. | 16:19-20 | |
| 5. | 16:24-25 | |
| 6. | 19:1-2 | |
| 7. | 19:5-7 | |

| 8. | 20:15-21:4 | |
|---|---|---|
| 9. | 24:3-4 | |
| 10. | 34:6-12 | |
| 11. | 36:16-18 | |
| 12. | 42:8-16 | |
| 13. | 43:22-44:4 | |
| 14. | 48:2-18 | |
| 15. | 59:17-22 | Objection: Fifth Amendment |
| 16. | 60:6-8 | Objection: Fifth Amendment |
| 17. | 60:9-12 | Objection: Fifth Amendment |
| 18. | 60:13-16 | Objection: Fifth Amendment |
| 19. | 60:25-61:3 | Objection: Fifth Amendment |
| 20. | 61:4-7 | Objection: Fifth Amendment |
| 21. | 61:8-11 | Objection: Fifth Amendment |
| 22. | 61:12-16 | Objection: Fifth Amendment |
| 23. | 63:14-64:10      and 64:18-65:1 | |
| 24. | 65:8-67:10 | |
| 25. | 68:1-69:2 | |
| 26. | 69:17-20 | |
| 27. | 69:21-70:7 | |
| 28. | 70:8-20 | |
| 29. | 71:10-13 | |
| 30. | 72:10-13 | |
| 31. | 72:14-22 | |
| 32. | 74:21-75:1 | |

4826-1921-7919.1

INDEX RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ

| 33. | 77:21-25 | |
| 34. | 78:1-4 | |
| 35. | 78:5-12 | |
| 36. | 78:18-19 and 79:1-2 | Objection: Fifth Amendment |
| 37. | 83:9-13 | |
| 38. | 84:1-85:6 | |
| 39. | 85:7-21 | |
| 40. | 85:22-23 and 86:3-4 | Objection: Fifth Amendment 85:22-23, 86:3-4 |
| 41. | 86:11-14 | |
| 42. | 86:15-16 and 86:21-22 | Objection: Fifth Amendment 86:15-16, 86:21-22 |
| 43. | 86:24-87:2 | |
| 44. | 87:7-8 and 87:13-14 | Objection: Fifth Amendment 87:7-8, 87:13-14 |
| 45. | 87:18-20 and 87:23-24 | Objection: Fifth Amendment 87:18-20, 87:23-24 |
| 46. | 88:1-4 | |
| 47. | 88:12-13 and 88:17-18 | Objection: Fifth Amendment 88:12-13, 88:17-18 |
| 48. | 89:12-14 and 89:18-19 | Objection: Fifth Amendment 89:12-14, 89:18-19 |
| 49. | 89:21-25 | |
| 50. | 90:1-7 | |
| 51. | 90:14-16 | |
| 52. | 92:10-15, 90:17-18, 90:20 and 93:1-3 | Objection: Fifth Amendment 92:10-15, 92:17-18, 92:20, 93:1-3 |

| 53. | 93:9-10 and 93:12-13 | Objection: Fifth Amendment 93:9-10, 93:12-13 |
| 54. | 93:20-22 and 94:1-2 | Objection: Fifth Amendment 93:20-22, 94:1-2 |
| 55. | 95:25 - 96:10 | |
| 56. | 96:20 - 97:11 | |
| 57. | 101:4-9 and 101:23 | Objection: vague and ambiguous |
| 58. | 101:24-102:4 | |
| 59. | 102:5-9 | |
| 60. | 103:17-20 | |
| 61. | 103:24-104:3 | |
| 62. | 104:7-10 and 104:17-20 | Objection: vague, ambiguous, and assumes facts not in evidence |
| 63. | 106:12-15 and 106:20 | Objection: In Limine #2 order of the court |
| 64. | 106:21-23 and 107:1 | Objection: In Limine #2 order of the court |
| 65. | 107:2-7 and 107:25-108:3 | Objection: In Limine #2 order of the court |
| 66. | 108:4-108:18 | Objection: In Limine #2 order of the court |
| 67. | 108:19-109:12 | Objection: In Limine #2 order of the court |
| 68. | 110:25-111:19, 112:1-112:12, 112:19 and 112:23-113:5 | Objection: In Limine #2 order of the court |
| 69. | 113:6-12 | Objection: In Limine #2 order of the court |
| 70. | 115:1-3 | Objection: In Limine #2 order of the court |

| 71. | 115:25-116:10 | Objection: In Limine #2 order of the court |
|---|---|---|
| 72. | 117:1-24 | Objection: In Limine #2 order of the court |
| 73. | 117:25-118:9 | Objection: In Limine #2 order of the court |
| 74. | 119:10-14 | Objection: Irrelevant |
| 75. | 120:25-121:2 | Objection: Irrelevant |
| 76. | 121:3-18 | Objection: Irrelevant |
| 77. | 123:11-13 | Objection: Irrelevant |
| 78. | 123:18-20 | Objection: Irrelevant |
| 79. | 126:1-3 and 126:9-10 | Objection: Fifth Amendment |
| 80. | 126:12-13 and 126:15-16 | Objection: Fifth Amendment |
| 81. | 126:18-20 and 126:9-10 | Objection: Fifth Amendment |
| 82. | 126:12-13 and 126:15-16 | Objection: Fifth Amendment |
| 83. | 126:18-20 and 126:22-23 | Objection: Fifth Amendment |
| 84. | 127:2-12 | |
| 85. | 128:9-12 and 128:17-18 | Objection: Fifth Amendment |
| 86. | 128:20-129:3 | Objection: Fifth Amendment |
| 87. | 129:14-16 and 129:22-24 | Objection: Fifth Amendment |
| 88. | 130:1-2 and 130:5-6 | Objection: Fifth Amendment |
| 89. | 130:24-25 and 131:5-6 | Objection: Fifth Amendment |

| 90. | 137:7-10 and 137:14-15 | Objection: Speculation |
|---|---|---|
| 91. | 137:17-22 | |
| 92. | 139:20-140:6 | |
| 93. | 146:16-17 and 146:24-25 | Objection: Fifth Amendment |
| 94. | 147:16-17 and 147:23-24 | Objection: Fifth Amendment |
| 95. | 152:25-153:6 | |
| 96. | 155:19-20 and 155:25-156:1 | Objection: Fifth Amendment |
| 97. | 156:7-8 and 156:12-13 | Objection: Fifth Amendment |
| 98. | 156:20-23 and 157:4-5 | Objection: Fifth Amendment |
| 99. | 157:18-20 and 158:6-7 | Objection: Fifth Amendment |

INDEX RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ

4826-1921-7919.1

1
2

**FEDERAL COURT PROOF OF SERVICE**
Paola French and Russell French vs. City of Los Angeles; Salvador Sanchez, et al.
Case No. 5:20-cv-00416-JGB-SP

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4
5
6

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

7

On October 18, 2021, I served the following document(s):  INDEZ RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ

8
9

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

10

**SEE ATTACHED SERVICE LIST**

11

The documents were served by the following means:

12

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

13

Executed on October 18, 2021, at Los Angeles, California.

14
15
16

*Tania Moore*
_____
Tania Moore

17
18
19
20
21
22
23
24
25
26
27
28

4826-1921-7919.1

SERVICE LIST
*Paola French and Russell French vs. City of Los Angeles; Salvador Sanchez, et al.*
Case No. 5:20-cv-00416-JGB-SP

Dale K Galipo, Esq.
Eric Valenzuela, Esq.
Law Offices of Dale Galipo
21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367-6479
Tel: 818-347-3333
Fax: 818-347-4118

dalekgalipo@yahoo.com;
evalenzuela@galipolaw.com
rvalentine@galipolaw.com;
kslyapich@galipolaw.com;
***Attorneys for Plaintiffs***

Colleen R. Smith, Esq.
Corey Brente, Esq.
Rebekah Young, Esq.
Los Angeles City Attorney's Office
City Hall East
200 North Main St., Suite 800
Los Angeles, CA  90012
Tel: 213-978-8354
Fax: 213-978-8313

colleen.smith@lacity.org
Cory.Brente@lacity.org;
rebekah.young@lacity.org
***Attorneys for Defendant, City of Los Angeles***

Index Re Deposition Testimony of Defendant Salvador Sanchez

4826-1921-7919.1