LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
Renee V. Masongsong (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 5:20-cv-00416-JGB-SP<br><br>**INDEX RE DEFENDANT SALVADOR SANCHEZ'S DEPOSITION TESTIMONY TO BE OFFERED AS EVIDENCE AT TRIAL; PLAINTIFFS' DESIGNATIONS AND OBJECTIONS; COUNTER-DESIGNATIONS BY DEFENDANT CITY OF LOS ANGELES AND OBJECTIONS**<br><br>[Filed Concurrently Herewith: Transcript of Deposition of Salvador Sanchez with Plaintiffs' Designations; Transcript of Deposition of Salvador Sanchez with City's Designations]<br><br>Trial: October 19, 2021 |

TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs hereby submit an index of portions of the deposition testimony of Defendant Salvador Sanchez to be offered as evidence in Plaintiffs' case in chief. Plaintiffs intend to play the video portions of Defendant Sanchez's testimony that correspond to the below citations. Excerpts of Defendant Sanchez's deposition transcript containing the testimony cited in Plaintiffs' index are attached hereto as "Exhibit A."

Defendant City's objections are set forth herein. Defendant City reserves its right to make further objections at trial based on the presentation of evidence. Defendant City's counter-designations are attached hereto as "Exhibit B." Plaintiffs' and Defendant Sanchez's objections to Defendant City's designations are inserted within the index here. Plaintiffs also reserve their right to make further objections at trial.

DATED: October 19, 2021      LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee V. Masongsong
Dale K. Galipo
Attorney for Plaintiffs

**PLAINIFFS' DESIGNATIONS OF PORTIONS OF THE DEPOSITION OF SALVADOR SANCHEZ TO BE INTRODUCED AT TRIAL**

| No. | Deposition Citation | Objection |
|---|---|---|
| 1. | 22:8-23:14 | Defendant City:  None. |
| 2. | 24:8-12 | Defendant City:  None. |
| 3. | 24:15-25 | Defendant City:  There is a typographical error in the transcript.  Section 210.35 is Conduct *Unbecoming* an Officer, not Conduct *on becoming* an Officer. |
| 4. | 25:8-27:6 | Defendant City:  Object to 26:22-27:6, irrelevant, FRE 403, confusing. *See* colloquy between counsel at 27:7-16. |
| 5. | 28:5-23 | 28:5-10 – Irrelvant, Defendant Sanchez's subject state of mind is irrelevant to the jury's determination of the issues. |
| 6. | 29:1-12 | Defendant City:  None. |
| 7. | 30:2-31:3 | Defendant City:  None. |
| 8. | 31:20-34:5 | Defendant City:  None. |
| 9. | 34:16-23 | Defendant City:  None. |
| 10. | 35:10-36:8 | Defendant City:  None. |
| 11. | 38:4-8 | Defendant City: Vague, ambiguous, lacks foundation. There is no indication what document is being referred to. |
| 12. | 40:2-15 | Defendant City:  FRE 106.  Pages 39:18-19 and 40:20-21 also should be read. |
| 13. | 41:6-20 | Defendant City:  FRE 106.  Pages 40:21-41:5 also should be read. |

| | | | |
|---|---|---|---|
| 1 | 14. | 42:17-24 | <u>Defendant City</u>: None. |
| 2 | 15. | 65:2-7 | <u>Defendant City</u>: None. |
| 3 | 16. | 67:11-25 | <u>Defendant City</u>: None. |
| 4 | 17. | 73:7-19 | <u>Defendant City</u>: None. |
| 5 | 18. | 74:4-17 | <u>Defendant City</u>: None. |
| 6 | 19. | 83:14-25 | <u>Defendant City</u>: None. |
| 7 | 20. | 91:14-17 | <u>Defendant City</u>: None. |
| 8 | 21. | 116:11-25 | <u>Defendant City</u>: None. |
| 9 | 22. | 124:21-125:1 | |
| 10 | 23. | 125:11-16 | <u>Defendant City</u>: the question at 125:11-12 is a repeat of the question at 125:2-3. |
| 12 | 24. | 125:20-24 | |
| 13 | 25. | 127:13-15 | |
| 14 | 26. | 127:19-21 | |
| 15 | 27. | 129:4-12 | |
| 16 | 28. | 130:8-22 | <u>Defendant City</u>: Object to 130:18-20 being read. This is a statement by Sanchez's attorney and is inadmissible hearsay and commentary. |
| 19 | 29. | 136:4-7 | |
| 20 | 30. | 136:21-137:6 | |
| 21 | 31. | 137:23-138:20; 138:25 | |
| 23 | 32. | 140:7-10 | |
| 24 | 33. | 140:16-142:11 | Defendant City objects to 140:25-141:4 being read. Counsel obviously misspoke, and the witness (understandably) asked that the question be repeated. |

3
INDEX RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ TO BE INTRODUCED AT TRIAL

|     |              | Defendant City further objects to 17-22 being read. The question was not answered and then withdrawn. |
| --- | ------------ | --- |
| 34. | 149:22-150:5 | Defendant City:  None. |
| 35. | 150:12-151:6 | Defendant City:  None. |

## DEFENDANT CITY'S COUNTER-DESIGNATIONS

| No. | Deposition Pages | Objections |
| --- | ---------------- | ---------- |
| 1.  | 11:10-24         |            |
| 2.  | 11:25-14:1       |            |
| 3.  | 16:10-12         | Plaintiffs: Irrelevant, F.R.E. 401, 402 |
| 4.  | 16:19-20         | Plaintiffs: Irrelevant, F.R.E. 401, 402 |
| 5.  | 16:24-25         | Plaintiffs: Irrelevant, F.R.E. 401, 402 |
| 6.  | 19:1-2           | Plaintiffs: Irrelevant, F.R.E. 401, 402 |
| 7.  | 19:5-7           | Plaintiffs: Irrelevant, F.R.E. 401, 402 |
| 8.  | 20:15-21:4       |            |
| 9.  | 24:3-4           | Plaintiffs: F.R.E. 106, confusing |
| 10. | 34:6-12          |            |
| 11. | 36:16-18         |            |
| 12. | 42:8-16          | Plaintiffs: F.R.E. 403 |
| 13. | 43:22-44:4       |            |
| 14. | 48:2-18          | Plaintiffs: F.R.E. 403 |
| 15. | 59:17-22         | Sanchez: Fifth Amendment |
| 16. | 60:6-8           | Sanchez: Fifth Amendment |
| 17. | 60:9-12          | Sanchez: Fifth Amendment |

| | | |
|---|---|---|
| 18. | 60:13-16 | <u>Sanchez</u>: Fifth Amendment |
| 19. | 60:25-61:3 | <u>Sanchez</u>: Fifth Amendment |
| 20. | 61:4-7 | <u>Sanchez</u>: Fifth Amendment |
| 21. | 61:8-11 | <u>Sanchez</u>: Fifth Amendment |
| 22. | 61:12-16 | <u>Sanchez</u>: Fifth Amendment |
| 23. | 63:14-64:10 and 64:18-65:1 | |
| 24. | 65:8-67:10 | <u>Plaintiffs</u>: F.R.E. 403 |
| 25. | 68:1-69:2 | |
| 26. | 69:17-20 | <u>Plaintiffs</u>: F.R.E. 403 |
| 27. | 69:21-70:7 | <u>Plaintiffs</u>: F.R.E. 403 |
| 28. | 70:8-20 | <u>Plaintiffs</u>: F.R.E. 403 |
| 29. | 71:10-13 | <u>Plaintiffs</u>: F.R.E. 403 |
| 30. | 72:10-13 | <u>Plaintiffs</u>: F.R.E. 403 |
| 31. | 72:14-22 | <u>Plaintiffs</u>: F.R.E. 403 |
| 32. | 74:21-75:1 | <u>Plaintiffs</u>: F.R.E. 403, confusing, F.R.E. 106 |
| 33. | 77:21-25 | <u>Plaintiffs</u>: F.R.E. 403, confusing, F.R.E. 106. Lines 13 – 20 on page 77 should also be read. |
| 34. | 78:1-4 | <u>Plaintiffs</u>: F.R.E. 403 |
| 35. | 78:5-12 | |
| 36. | 78:18-19 and 79:1-2 | <u>Sanchez</u>: Fifth Amendment |
| 37. | 83:9-13 | <u>Plaintiffs</u>: F.R.E. 106; Vague and ambiguous |
| 38. | 84:1-85:6 | Plaintiffs object to lines 1 – 13 being read as violating this Court's ruling on Plaintiffs' motion in limine No. 1; F.R.E. 403. |
| 39. | 85:7-21 | <u>Plaintiffs</u>: F.R.E. 403 |

| | | |
|---|---|---|
| 40. | 85:22-23 and 86:3-4 | Sanchez: Fifth Amendment, 85:22-23, 86:3-4 |
| 41. | 86:11-14 | Plaintiffs object as confusing because Sanchez invokes his Fifth Amendment rights and does not answer the question. |
| 42. | 86:15-16 and 86:21-22 | Sanchez: Fifth Amendment |
| 43. | 86:24-87:2 | Plaintiffs object as confusing because Sanchez invokes his Fifth Amendment rights and does not answer the question. |
| 44. | 87:7-8 and 87:13-14 | Sanchez: Fifth Amendment, 87:7-8, 87:13-14 |
| 45. | 87:18-20 and 87:23-24 | Sanchez: Fifth Amendment, 87:18-20, 87:23-24 |
| 46. | 88:1-4 | |
| 47. | 88:12-13 and 88:17-18 | Sanchez: Fifth Amendment, 87:18-20, 87:23-24 |
| 48. | 89:12-14 and 89:18-19 | Sanchez: Fifth Amendment, 89:12-14, 89:18-19 |
| 49. | 89:21-25 | Plaintiffs: F.R.E. 403 |
| 50. | 90:1-7 | Plaintiffs: F.R.E. 403 |
| 51. | 90:14-16 | |
| 52. | 92:10-15, 90:17-18, 90:20 and 93:1-3 | Sanchez: Fifth Amendment 92:10-15, 92:17-18, 92:20, 93:1-3 |
| 53. | 93:9-10 and 93:12-13 | Sanchez: Fifth Amendment, 93:9-10, 93:12-13 |
| 54. | 93:20-22 and 94:1-2 | Sanchez: Fifth Amendment, 93:20-22, 94:1-2 |
| 55. | 95:25 - 96:10 | |

6
INDEX RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ TO BE INTRODUCED AT TRIAL

| | | | |
|---|---|---|---|
| 1 | 56. | 96:20 - 97:11 | |
| 2 | 57. | 101:4-9 and 101:23 | <u>Plaintiffs</u>: F.R.E. 403 <br><br> <u>Sanchez</u>: vague and ambiguous |
| 3 | 58. | 101:24-102:4 | <u>Plaintiffs</u>: F.R.E. 403 |
| 4 | 59. | 102:5-9 | <u>Plaintiffs</u>: F.R.E. 403 |
| 5 | 60. | 103:17-20 | |
| 6 | 61. | 103:24-104:3 | |
| 7 | 62. | 104:7-10 and 104:17-20 | <u>Sanchez</u>: vague, ambiguous, and assumes facts not in evidence |
| 8 | 63. | 106:12-15 and 106:20 | <u>Sanchez</u>: In Limine #2 order of the court |
| 9 | 64. | 106:21-23 and 107:1 | Plaintiffs object to lines 12 – 15 on page 106 being read as violating this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: In Limine #2 order of the court |
| 10 | 65. | 107:2-7 and 107:25-108:3 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: In Limine #2 order of the court |
| 11 | 66. | 108:4-108:18 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: In Limine #2 order of the court |
| 12 | 67. | 108:19-109:12 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: In Limine #2 order of the court |

| | | | |
|---|---|---|---|
| 1 | 68. | 110:25-111:19, 112:1-112:12, 112:19 and 112:23-113:5 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 2 | 69. | 113:6-12 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 3 | 70. | 115:1-3 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 4 | 71. | 115:25-116:10 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 5 | 72. | 117:1-24 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 6 | 73. | 117:25-118:9 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403.<br>Sanchez: In Limine #2 order of the court |
| 7 | 74. | 119:10-14 | Sanchez: Irrelevant |
| 8 | 75. | 120:25-121:2 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in |

| | | |
|---|---|---|
| | | limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: Irrelevant |
| 76. | 121:3-18 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: Irrelevant |
| 77. | 123:11-13 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: Irrelevant |
| 78. | 123:18-20 | Plaintiffs object on the grounds that this section violates this Court's ruling on Plaintiffs' motion in limine No. 2; F.R.E. 403. <br> <u>Sanchez</u>: Irrelevant |
| 79. | 126:1-3 and 126:9-10 | <u>Sanchez</u>: Fifth Amendment |
| 80. | 126:12-13 and 126:15-16 | <u>Sanchez</u>: Fifth Amendment |
| 81. | 126:18-20 and 126:9-10 | <u>Sanchez</u>: Fifth Amendment |
| 82. | 126:12-13 and 126:15-16 | <u>Sanchez</u>: Fifth Amendment |
| 83. | 126:18-20 and 126:22-23 | <u>Sanchez</u>: Fifth Amendment |
| 84. | 127:2-12 | |
| 85. | 128:9-12 and 128:17-18 | <u>Sanchez</u>: Fifth Amendment |

| | | | |
|---|---|---|---|
| 86. | 128:20-129:3 | | |
| 87. | 129:14-16 and 129:22-24 | Sanchez: Fifth Amendment | |
| 88. | 130:1-2 and 130:5-6 | Sanchez: Fifth Amendment | |
| 89. | 130:24-25 and 131:5-6 | Sanchez: Fifth Amendment | |
| 90. | 137:7-10 and 137:14-15 | Plaintiffs: F.R.E. 403. | |
| 91. | 137:17-22 | Plaintiffs: F.R.E. 403. | |
| 92. | 139:20-140:6 | | |
| 93. | 146:16-17 and 146:24-25 | Sanchez: Fifth Amendment | |
| 94. | 147:16-17 and 147:23-24 | Sanchez: Fifth Amendment | |
| 95. | 152:25-153:6 | Plaintiffs: F.R.E. 403. | |
| 96. | 155:19-20 and 155:25-156:1 | Sanchez: Fifth Amendment | |
| 97. | 156:7-8 and 156:12-13 | Sanchez: Fifth Amendment | |
| 98. | 156:20-23 and 157:4-5 | Sanchez: Fifth Amendment | |
| 99. | 157:18-20 and 158:6-7 | Sanchez: Fifth Amendment | |

INDEX RE DEPOSITION TESTIMONY OF DEFENDANT SALVADOR SANCHEZ TO BE INTRODUCED AT TRIAL