UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SALVADOR SANCHEZ; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO. CV20-00416 JGB (SPx)**<br>*Hon. Jesus G. Bernal, Riverside Crtm.1*<br>*Mag. Sheri Pym, Crtm. 3, 3rd Flr*<br><br>**DEFENDANT CITY OF LOS ANGELES' FIRST AMENDED PROPOSED SPECIAL VERDICT FORM (PART I)** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the question submitted to us:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM

**MICHAEL N. FEUER,** City Attorney - SBN 111529
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
**SCOTT MARCUS,** Senior Assistant City Attorney - SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SALVADOR SANCHEZ; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: CV20-00416 JGB (SPx)**<br>*Hon.* Jesus G. Bernal, Riverside Crtm.1<br>*Hon.* Mag. Sheri Pym, Crtm. 3, 3rd Flr<br><br>**DEFENDANT CITY OF LOS ANGELES' [PROPOSED] SPECIAL VERDICT FORMS**<br><br>TRIAL<br>DATE:    October 19, 2021<br>TIME:    9:00 a.m.<br>CTRM:   Courtroom 1 |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant **CITY OF LOS ANGELES** hereby submits its further Amended Special Verdict Forms (Part I and Part II) in this matter.

Defendant City of Los Angeles contends that the jury should answer Question No. 1 regarding Defendant Sanchez's actions and whether he was acting in the capacity of a police officer in any regard before the jury is further instructed on the substantive claims and before the jury answers any further questions on Part II of the Verdict Form, as the

1

jury instructions and verdict form may need to be further modified if the jury finds "No" on Question No. 1.

Defendant City of Los Angeles reserves its right to make further amendments should they become necessary.

Dated: October 25, 2021    **MICHAEL N. FEUER**, City Attorney
**KATHLEEN A. KENEALY,** Chief Dep. City Attorney
**SCOTT MARCUS,** Senior Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:  */s/ Colleen R. Smith*
**COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendant*, **CITY OF LOS ANGELES**

**QUESTION NO. 1:** Have Plaintiffs proved that Defendant Salvador Sanchez was acting as a police officer and pursuant to the authority granted to police officers by the State of California during the incident?

     YES _____   NO _____

*Please date and sign this verdict form below, and return it to the Court.  Thank you.*

Dated: _____    Signed: _____
               Jury Foreperson

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>  Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SALVADOR SANCHEZ; and DOES 1 -10, inclusive,<br><br>  Defendants. | **CASE NO.  CV20-00416 JGB (SPx)**<br>*Hon. Jesus G. Bernal, Riverside Crtm.1*<br>*Mag. Sheri Pym, Crtm. 3, 3rd  Flr*<br><br>**DEFENDANT CITY OF LOS ANGELES' FIRST AMENDED PROPOSED SPECIAL VERDICT FORM (PART II)** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

### CLAIMS AGAINST DEFENDANT SALVADOR SANCHEZ

***QUESTION NO. 2:***  Have Plaintiffs proved that Defendant Salvador Sanchez violated any of the following Plaintiffs' Fourth Amendment Constitutional Rights by using excessive force against that Plaintiff?

  PAOLA FRENCH          YES _____          NO _____

  RUSSELL FRENCH        YES _____          NO _____

  KENNETH FRENCH        YES _____          NO _____

1

*If you answered "No", please date and sign this verdict form below, and return it to the Court.*

*If you answered "Yes" as to any Plaintiff, please proceed to Question No. 3.*

**QUESTION NO. 3:** Have Plaintiffs proved that Defendant Salvador Sanchez's conduct was the cause of injury to any of the following Plaintiffs for whom you answered "Yes" in Question No. 2?

| | | |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*If you answered "No", please date and sign this verdict form below, and return it to the Court.*

*If you answered "Yes" as to any Plaintiff, please proceed to Question No. 4.*

**QUESTION NO. 4:** As it relates to Plaintiffs' battery claim under California state law, have Plaintiffs proved that Defendant Salvador Sanchez committed a battery against any of the following Plaintiffs?

| | | |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*Please proceed to Question No. 5.*

///
///
///
///

2

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM

**QUESTION NO. 5:** Have Plaintiffs proved that Defendant Salvador Sanchez's conduct was a substantial factor in causing harm to that Plaintiff for whom you answered "Yes" in Question No. 4?

|  |  |  |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*Please proceed to Question No. 6.*

**QUESTION NO. 6:**  As it relates to Plaintiffs' negligence claim under California state law, have Plaintiffs proved that Defendant Salvador Sanchez was negligent towards any of the following Plaintiffs?

|  |  |  |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*If you answered "No", please proceed to Question No. 11.*
*If you answered "Yes", please proceed to Question No. 7.*

**QUESTION NO. 7:**  As it relates to Plaintiffs' negligence claim under California state law, have Plaintiffs proved that Defendant Salvador Sanchez's conduct was a substantial factor in causing to harm that Plaintiff for whom you answered "Yes" in Question No. 6?

|  |  |  |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*If you answered "No", please proceed to Question No. 11.*
*If you answered "Yes", please proceed to Question No. 8.*

**QUESTION NO. 8:** Were any of the following Plaintiffs negligent?

      PAOLA FRENCH        YES _____        NO _____

      RUSSELL FRENCH        YES _____        NO _____

      KENNETH FRENCH        YES _____        NO _____

*If you answered "No", please proceed to Question No. 11.*

*If you answered "Yes", please proceed to Question No. 9.*

**QUESTION NO. 9:** Was the negligence of any of the following Plaintiffs a substantial factor in causing harm to that Plaintiff?

      PAOLA FRENCH        YES _____        NO _____

      RUSSELL FRENCH        YES _____        NO _____

      KENNETH FRENCH        YES _____        NO _____

*Please proceed to question No. 10.*

**QUESTION NO. 10:** What percentage of negligence do you assign to each of the following persons? (Your total should equal 100%).

      PAOLA FRENCH        _____%

      RUSSELL FRENCH        _____%

      KENNETH FRENCH        _____%

      SALVADOR SANCHEZ        _____%

      **Total**        **100 %**

*Please proceed to question No. 11.*

**QUESTION NO. 11:** If you answered "Yes" to Question Nos. 2 and 3, have Plaintiffs proved that Defendant Salvador Sanchez violated any of the following Plaintiffs' state civil rights by deliberately using excessive deadly force against that Plaintiff?

| | | |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*If you answered "No", please proceed to Question No. 13.*

*If you answered "Yes", please proceed to Question No. 12.*

**QUESTION NO. 12:** Have Plaintiffs proved that Defendant Salvador Sanchez's conduct a substantial factor in causing harm to that Plaintiff?

| | | |
|---|---|---|
| PAOLA FRENCH | YES _____ | NO _____ |
| RUSSELL FRENCH | YES _____ | NO _____ |
| KENNETH FRENCH | YES _____ | NO _____ |

*Please proceed to Question No. 13.*

**QUESTION NO. 13:** If you answered "Yes" to Question No.1, have Plaintiffs proved that Defendant Salvador Sanchez was acting within the course and scope of his employment with the City of Los Angeles as a police officer during this incident?

YES _____    NO _____

*Please proceed to Question No. 14.*

///
///
///

5

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM

## DAMAGES

**QUESTION NO. 14:** *If you answered "Yes" as to Kenneth French in response to Question No. 3, please answer the following question. Otherwise, please proceed to Question No. 15. What is the total amount of damages suffered by Kenneth French for violation of his federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)$_____*

*Please proceed to Question No. 15.*

**QUESTION NO. 15:** *If you answered "Yes" as to Kenneth French in response to Question Nos. 5, 7 and/or 12, please answer the following question. Otherwise, please proceed to Question No. 16. What is the total amount of damages suffered by Kenneth French for violation of his state law rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)*

                          Economic $ _____

                          Non-economic$ _____

*Please proceed to Question No. 16.*

**QUESTION NO. 16:** *If you answered "Yes" as to Plaintiff Paola French in response to Question No. 3, please answer the following question. Otherwise, please proceed to Question No. 17. What is the total amount of damages suffered by Plaintiff Paola French for violation of her federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)$_____*

*Please proceed to Question No. 17.*

*/ / /*

*/ / /*

**QUESTION NO. 17:** *If you answered "Yes" as to Plaintiff Russell French in response to Question No. 3, please answer the following question. Otherwise, please proceed to Question No. 18.* What is the total amount of damages suffered by Plaintiff Russell French for violation of his federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)$_____

*Please proceed to Question No. 18.*

**QUESTION NO. 18:** *If you answered "Yes" as to Paola French in response to Question Nos. 5, 7 and/or 12, please answer the following question. Otherwise, please proceed to Question No. 19.* What is the total amount of damages suffered by Plaintiff Paola French for her state law claims? (Do NOT reduce the damages based on the fault if any of any person or entity.)

  Economic          $ _____
  Non-economic        $ _____
  Loss of Consortium      $_____

*Please proceed to Question No. 19.*

**QUESTION NO. 19:** *If you answered "Yes" as to Russell French in response to Question Nos. 5, 7 and/or 12, please answer the following question. Otherwise, please sign and date this verdict form and return it to the Court.* What is the total amount of damages suffered by Plaintiff Russell French for his state law claims? (Do NOT reduce the damages based on the fault if any of any person or entity.)

  Economic          $ _____
  Non-economic        $ _____
  Loss of Consortium      $_____

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM

*Please proceed to Question No. 20.*

**QUESTION NO. 20:** *If you answered "Yes" to Question No. 13, please answer the following question. If you answered "No" to Question No. 13, please sign and date this verdict form and return it to the Court.* Did Defendant Salvador Sanchez act with malice or corruption?

                YES _____        NO _____

*Please date and sign this verdict form below, and return it to the Court. Thank you.*

Dated: _____        Signed: _____
                                                   Jury Foreperson