UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>   Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SALVADOR SANCHEZ; and DOES 1 -10, inclusive,<br><br>   Defendants. | CASE NO.  CV20-00416 JGB (SPx)<br>*Hon. Jesus G. Bernal, Riverside Crtm.1*<br>*Mag. Sheri Pym, Crtm. 3, 3rd Flr*<br><br>**DEFENDANT CITY OF LOS ANGELES' FOURTH AMENDED PROPOSED SPECIAL VERDICT FORM** |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

***QUESTION NO. 1:*** Have Plaintiffs proved that Defendant Salvador Sanchez was acting as a police officer and pursuant to the authority granted to police officers by the State of California during the incident?

YES _____      NO _____

*If you answered "No", please proceed to Question No. 3.*
*If you answered "Yes", please proceed to Question No. 2.*

1

**QUESTION NO. 2:** If you answered "Yes" to Question No.1, have Plaintiffs proved that Defendant Salvador Sanchez was acting within the course and scope of his employment with the City of Los Angeles as a police officer during this incident?

YES _____     NO _____

*Please proceed to Question No. 3.*

## DAMAGES

The Court has ruled that Plaintiffs have proved the required elements on their Fourth Amendment, Battery, Negligence and Bane Act (California Civil Code §52.1) claims. You only need to determine the amount of damages on these claims by answering the following questions.

**QUESTION NO. 3:** *If you answered "Yes" to Question No. 1,* what is the total amount of damages suffered by Kenneth French for violation of his federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)
$_____

*Please proceed to Question No. 4.*

**QUESTION NO. 5:** What is the total amount of damages suffered by Kenneth French for violation of his state law rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)

Economic $ _____

Non-economic $ _____

*Please proceed to Question No. 6.*

**QUESTION NO. 6:** *If you answered "Yes" to Question No. 1,* what is the total amount of damages suffered by Plaintiff Paola French for violation of her federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)
$_____

*Please proceed to Question No. 7.*

**QUESTION NO. 7:** *If you answered "Yes" to Question No. 1,* what is the total amount of damages suffered by Plaintiff Russell French for violation of his federal constitutional rights? (Do NOT reduce the damages based on the fault if any of any person or entity.)
$_____

*Please proceed to Question No. 8.*

**QUESTION NO. 8:** What is the total amount of damages suffered by Plaintiff Paola French for her state law claims? (Do NOT reduce the damages based on the fault if any of any person or entity.)

        Economic                                  $ _____
        Non-economic                        $ _____
        Loss of Consortium                $ _____

*Please proceed to Question No. 9.*

**QUESTION NO. 9:** What is the total amount of damages suffered by Plaintiff Russell French for his state law claims? (Do NOT reduce the damages based on the fault if any of any person or entity.)

        Economic                                  $ _____
        Non-economic                        $ _____

Loss of Consortium          $_____

*Please date and sign this verdict form below, and return it to the Court.  Thank you.*

Dated: _____          Signed: _____
                                   Jury Foreperson

DEFENDANT CITY OF LOS ANGELES' SPECIAL VERDICT FORM