LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ,<br><br>　　　　Defendants. | Case No. 5:20-cv-00416-JGB-SP<br><br>**PLAINTIFFS' AMENDED [PROPOSED] SPECIAL VERDICT FORM**<br><br>Trial: October 19, 2021<br><br>Hon. Jesus G. Bernal |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their further Amended [Proposed] Special Verdict Form.

Respectfully submitted,

DATED:  October 26, 2021        LAW OFFICES OF DALE K. GALIPO


                By        /s/ Renee V. Masongsong
                    Dale K. Galipo
                    Renee V. Masongsong
                    Attorneys for Plaintiffs

The Court has determined that based on the evidence presented during the trial and the applicable law, the Plaintiffs' claims for use of excessive and unreasonable force have been established under the Fourth Amendment, battery, negligence, and violation of the Bane Act, and that the excessive and unreasonable force caused injuries and damages to the Plaintiffs and the death of Kenneth French.

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did Salvador Sanchez negligently inflict severe emotional distress on Russell French?

_____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 2:** Did Salvador Sanchez negligently inflict severe emotional distress on Paola French?

_____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 3:** Did Russell French suffer a loss of consortium as a result of the unreasonable force used against him by Salvador Sanchez?

_____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 4:** Did Paola French suffer a loss of consortium as a result of the unreasonable force used against her by Salvador Sanchez?

_____ YES          _____ NO

*Please proceed to the next Question.*

## DAMAGES

**QUESTION 5:** What are Kenneth French's damages for his pre-death pain and suffering and loss of life?

      Pre-death pain and suffering     $ _____

      Loss of Life                                    $ _____

*Please proceed to the next Question.*

**QUESTION 6:** What are Plaintiff Paola French's damages for her injuries?

      Past economic loss     $_____

Future economic loss $_____

Past pain and suffering $_____

Future pain and suffering $_____

Past emotional distress $_____

Future emotional distress $_____

Loss of consortium $_____

*Please proceed to the next Question.*

**QUESTION 7:** What are Russell French's damages for his injuries?

Past economic loss $_____

Future economic loss $_____

Past pain and suffering $_____

Future pain and suffering $_____

Past emotional distress $_____

Future emotional distress $_____

Loss of consortium $_____

*Please proceed to the next Question.*

**QUESTION 8:** What are the Plaintiffs' wrongful death damages for the loss of their son, Kenneth French?

Paola French's past wrongful death damages $_____

Paola French's future wrongful death damages $_____

Russell French's past wrongful death damages $_____

Russell French's future wrongful death damages $_____

**QUESTION 9:** Did Salvador Sanchez act under color of law during this incident?

_____ YES          _____ NO

*Please proceed to the next Question.*

**QUESTION 10:** Did Salvador Sanchez act in the scope of his employment with the City of Los Angeles during this incident?

_____ YES        _____ NO

*Please sign and date the verdict form and return it to the Court.*

Date: _____        _____
                                                          Jury Foreperson

PLAINTIFFS' AMENDED [PROPOSED] SPECIAL VERDICT FORM