# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | EDCV20-00416-JGB(SPx) | Date | October 26, 2021 |
|---|---|---|---|
| Title: | *Paola French, et al., v. County of San Bernardino, et al* | | |

Present: The Honorable    JESUS G. BERNAL, U.S. DISTRICT JUDGE

| Maynor Galvez | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
| Dale K. Galipo | Colleen R. Smith |
| Eric Valenzuela | Andrew C. Hubert |
| Rene V. Masongsong | Cory Brente |

____ Day Court Trial    5th Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
X   Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X   Plaintiff(s) rest.   X Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s).  ____ Court instructs jury.
____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.  ____ Polling waived.
____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.
____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted.  Briefs to be filed by ____
____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
X   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to   Wednesday, October 27, 2021, at 8:00 a.m.,   for further trial/further jury deliberation.
____ Other:

                                                                            4   :   15
                                                                Initials of Deputy Clerk   MG

cc: