FILED
CLERK, U.S. DISTRICT COURT
10/27/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: MG  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAOLA FRENCH and RUSSELL FRENCH,

　　　　　　Plaintiffs,

v.

CITY OF LOS ANGELES; SALVADOR SANCHEZ,

　　　　　　Defendants.

Case No. 5:20-cv-00416-JGB-SP

*Honorable Jesus G. Bernal*

**SPECIAL VERDICT**

## INSTRUCTIONS

The Court has determined that based on the evidence presented during the trial and the applicable law, Plaintiffs have proven the following elements:

(1) Salvador Sanchez used excessive and unreasonable force; and

(2) Salvador Sanchez's excessive and unreasonable force caused injuries and damages to Paola French and Russell French and caused the death of Kenneth French.

Accordingly, Plaintiffs' state law claims for battery, negligence, and violation of the Bane Act have been fully established.

For Plaintiffs' federal claim of excessive and unreasonable force under the Fourth Amendment, Plaintiffs have established that Salvador Sanchez's use of excessive and unreasonable force deprived them of their Fourth Amendment rights.

You must determine the remaining issues for Plaintiffs' claims listed below.

We, the jury in the above action, find the following Special Verdict on the questions submitted to us:

### Section 1983 Claim: Fourth Amendment – Excessive Force

**QUESTION 1:** Did Salvador Sanchez act under color of state law during the incident?

    __✓__ YES      _____ NO

*Please proceed to the next Question.*

### Vicarious Liability

**QUESTION 2:** Did Salvador Sanchez act within the course and scope of his employment with the City of Los Angeles as a peace officer during the incident?

    __✓__ YES      _____ NO

*Please proceed to the next Question.*

### Negligent Infliction of Emotional Distress

**QUESTION 3:** Did Salvador Sanchez negligently inflict severe emotional distress on Russell French?

    __✓__ YES      _____ NO

*Please proceed to the next Question.*

**QUESTION 4:** Did Salvador Sanchez negligently inflict severe emotional distress on Paola French?

    ✓   YES             NO

*Please proceed to the next Question.*

### Loss of Consortium

**QUESTION 5:** Did Russell French suffer a loss of consortium as a result of the unreasonable force used against him by Salvador Sanchez?

    ✓   YES             NO

*Please proceed to the next Question.*

**QUESTION 6:** Did Paola French suffer a loss of consortium as a result of the unreasonable force used against her by Salvador Sanchez?

    ✓   YES             NO

*Please proceed to the next Question.*

## Damages

**QUESTION 7:** What are Kenneth French's damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering  $ 1,000,000

    Loss of Life  $ 3,000,000

*Please proceed to the next Question.*

**QUESTION 8:** What are Plaintiff Paola French's damages for her injuries?

    Past economic loss  $ 316,000

    Future economic loss  $ 955,000

    Past pain and suffering  $ 1,000,000

    Future pain and suffering  $ 500,000

    Past emotional distress  $ 1,000,000

    Future emotional distress  $ 1,000,000

    Loss of consortium  $ 400,000

*Please proceed to the next Question.*

**QUESTION 9:** What are Russell French's damages for his injuries?

| | |
|---|---|
| Past economic loss | $ 1,041,000 |
| Future economic loss | $ 890,000 |
| Past pain and suffering | $ 1,000,000 |
| Future pain and suffering | $ 1,000,000 |
| Past emotional distress | $ 500,000 |
| Future emotional distress | $ 1,000,000 |
| Loss of consortium | $ 400,000 |

*Please proceed to the next Question.*

**QUESTION 10:** What are the Plaintiffs' wrongful death damages for the loss of their son, Kenneth French?

| | |
|---|---|
| Paola French's past wrongful death damages | $ 500,000 |
| Paola French's future wrongful death damages | $ 500,000 |
| Russell French's past wrongful death damages | $ 500,000 |

Russell French's future wrongful death damages   $ 500,000

**You have now completed this verdict form. Please have the foreperson date and sign below.**

Dated: 10·27·21

Juror No. 1

Presiding Juror (Foreperson)