UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

JURY NOTE

## JURY NOTE • NUMBER ___1___

Case No. EDCV20-00416-JGB-(SPx)

Title: Paola French v. City of Los Angeles, *et al.*

===============================================================

☐  The Jury has reached a unanimous verdict.

☑  Other: ___Jury will be staying until 5pm and foreperson will be Edlin Sandoval.___

Dated this __27__ day of __October__, 2021.

Time: __12:54__ am/(pm)

Juror No. 1

___[redacted]___
Foreperson of the Jury

Court's Response: