UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2021
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

JURY NOTE

## JURY NOTE • NUMBER 2

Case No. EDCV20-00416-JGB-(SPx)

Title: Paola French v. City of Los Angeles, et al.

===============================================================

☒ The Jury has reached a unanimous verdict.

☐ Other:

Dated this __27__ day of __October__, 2021.   Juror No. 1

Time: 4:14 am/**pm**

Foreperson of the Jury

Court's Response: