LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (SBN 284500)
evalenzuela@galipolaw.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH,<br><br>            Plaintiffs,<br><br>   vs.<br><br>CITY OF LOS ANGELES; SALVADOR SANCHEZ,<br><br>            Defendants. | Case No. 5:20-cv-00416-JGB-SP<br><br>**JUDGMENT** |

//
//
//
//

# JUDGMENT

The trial of this action began on October 19, 2021, in Courtroom 1 of the United States District Court, Central District of California, Honorable Jesus G. Bernal, presiding. Plaintiffs Paola French and Russell French were represented by attorneys Dale K. Galipo, Eric Valenzuela, and Renee V. Masongsong at trial. Defendant City of Los Angeles was represented by attorneys Cory M. Brente and Colleen R. Smith of the Los Angeles City Attorney's Office. Defendant Salvador Sanchez was represented by attorney Andrew C. Hubert of Lewis Brisbois Bisgaard & Smith LLP.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. The Court determined that based on the evidence presented during the trial and the applicable law, Plaintiffs had proven the following elements: (1) Salvador Sanchez used excessive and unreasonable force; and (2) Salvador Sanchez's excessive and unreasonable force caused injuries and damages to Paola French and Russell French and caused the death of Kenneth French. Accordingly, the Court found that Plaintiffs' state law claims for battery, negligence, and violation of the Bane Act had been fully established. For Plaintiffs' federal claim of excessive and unreasonable force under the Fourth Amendment, the Court found as a matter of law that Plaintiffs had established that Salvador Sanchez's use of excessive and unreasonable force deprived them of their Fourth Amendment rights. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury of eight deliberated and thereafter returned a verdict as follows:

### Section 1983 Claim: Fourth Amendment – Excessive Force

**QUESTION 1:** Did Salvador Sanchez act under color of state law during the incident?

　　__✓__ Yes　　　　　__＿__ No

*Please proceed to the next Question.*

### Vicarious Liability

**QUESTION 2:** Did Salvador Sanchez act within the course and scope of his employment with the City of Los Angeles as a peace officer during the incident?

    __✓__ Yes          _____ No

*Please proceed to the next Question.*

### Negligent Infliction of Emotional Distress

**QUESTION 3:** Did Salvador Sanchez negligently inflict severe emotional distress on Russell French?

    __✓__ Yes          _____ No

*Please proceed to the next Question.*

**QUESTION 4**: Did Salvador Sanchez negligently inflict severe emotional distress on Paola French?

    __✓__ Yes          _____ No

*Please proceed to the next Question.*

### Loss of Consortium

**QUESTION 5**: Did Russell French suffer a loss of consortium as a result of the unreasonable force used against him by Salvador Sanchez?

    __✓__ Yes          _____ No

*Please proceed to the next Question*

**QUESTION 6**: Did Paola French suffer a loss of consortium as a result of the unreasonable force used against her by Salvador Sanchez?

   __✓__ Yes          _____ No

*Please proceed to the next Question .*

## Damages

**QUESTION 7**: What are Kenneth French's damages for his pre-death pain and suffering and loss of life?

| | |
|---|---|
| Pre-death pain and suffering | $ __1,000,000__ |
| Loss of Life | $__3,000,000__ |

*Please proceed to the next Question.*

**QUESTION 8**: What are Plaintiff Paola French's damages for her injuries?

| | |
|---|---|
| Past economic loss | $ __316,000__ |
| Future economic loss | $ __955,000__ |
| Past pain and suffering | $ __1,000,000__ |
| Future pain and suffering | $ __500,000__ |
| Past emotional distress | $ __1,000,000__ |
| Future emotional distress | $ __1,000,000__ |
| Loss of consortium | $ __400,000__ |

*Please proceed to the next Question.*

**QUESTION 9**: What are Russell French's damages for his injuries?

| | |
|---|---|
| Past economic loss | $ *1,041,000* |
| Future economic loss | $ *890,000* |
| Past pain and suffering | $ *1,000,000* |
| Future pain and suffering | $ 1,*000,000* |
| Past emotional distress | $ *500,000* |
| Future emotional distress | $ *1,000,000* |
| Loss of consortium | $ *400,000* |

*Please proceed to the next Question.*

**QUESTION 10**: What are the Plaintiffs' wrongful death damages for the loss of their son, Kenneth French?

| | |
|---|---|
| Paola French's past wrongful death damages | $ *500,000* |
| Paola French's future wrongful death damages | $ *500,000* |
| Russell French's past wrongful death damages | $ *500,000* |
| Russell French's future wrongful death damages | $ *500,000* |

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action be entered as follows:

Total judgment in the sum of $17,002,000, plus costs, pursuant to Federal Rule of Civil Procedure 54(d)(1), interest calculated from the date of the entry of judgment, at the rate specified by 28 U.S.C. §1961, and reasonable statutory attorneys' fees and costs as may be awarded by the court, is entered against the City of Los Angeles and Salvador Sanchez and in favor of Plaintiffs Paola French and Russell French.  Plaintiffs Paola French and Russell

French are the prevailing parties and may apply to the court for an award of costs and reasonable statutory attorneys' fees as permitted by federal and state law.

**IT IS SO ORDERED.**

Dated: November 29, 2021

                                        Honorable Jesus G. Bernal
                                        United States District Court
                                        Central District of California