**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAOLA FRENCH, and RUSSELL FRENCH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, SALVADOR SANCHEZ; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: CV20-00416 JGB (SPx)**<br>Hon. *Jesus G. Bernal, Riverside Crtm.1*<br>Hon. *Mag. Sheri Pym, Crtm. 3, 3rd Flr*<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING DEFENDANT CITY OF LOS ANGELES' REQUEST TO FILE OR LODGE NUNC PRO TUNC PLAINTIFFS' COUNSEL EMAIL DATED 10/18/2021 RE SETTLEMENT WITH SALVADOR SANCHEZ** |

Having read and considered Defendant **CITY OF LOS ANGELES** ("Defendant") request that the email dated 10/18/2021 from Plaintiffs' counsel addressed to the Court and all counsel concerning a pre-trial settlement with Defendant Salvador Sanchez be filed as of 10/18/2021, the date it was emailed to the Courtroom Deputy, *see* Fed. R. Civ. P. 5(d)(2)(A), or lodged nunc pro tunc, the Court **GRANTS** Defendant City's request and hereby files [lodges nunc pro tunc] the email from Plaintiffs' counsel dated 10/18/2021 as of that date (which was the date the Courtroom Deputy received the email).

/ / /

1

[The 10/18/2021 email from Plaintiffs' counsel is deemed filed [lodged] as of June 1, 2022].

Dated: June 29, 2022

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE