UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAOLA FRENCH and RUSSELL FRENCH, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant - Appellant, <br><br> and <br><br> SALVADOR SANCHEZ, in his official capacity and in his individual capacity and DOES, 1-10, inclusive, <br><br> Defendants. | No. 22-55571 <br><br> D.C. No. 5:20-cv-00416-JGB-SP <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |

The judgment of this Court, entered October 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $69.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT