| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>DEC 21 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PAOLA FRENCH; RUSSELL FRENCH,

        Plaintiffs-Appellees,

 v.

CITY OF LOS ANGELES,

        Defendant-Appellant,

 and

SALVADOR SANCHEZ, in his official capacity and in his individual capacity; DOES, 1-10, inclusive,

        Defendants.

No. 22-55571

D.C. No. 5:20-cv-00416-JGB-SP
Central District of California, Riverside

ORDER

Before: WARDLAW, CHRISTEN, and SUNG, Circuit Judges.

Appellees' Motion to Transfer Consideration of Attorneys' Fees on Appeal to the District Court (Docket Entry No. 53) is GRANTED. Consideration of any motion for attorneys' fees in this appeal is hereby ordered transferred from this court to the United States District Court for the Central District of California, which shall consider any such request for attorneys' fees in the first instance.