# Exhibit "A"

1/18/2024

# LAW OFFICE OF JOHN FATTAHI
# Timesheet

| Date | Duration | Description |
|------|----------|-------------|
| 05/11/2022 | 0.5 | Review post-trial motion order |
| 06/07/2022 | 0.2 | Review City's notice of appeal |
| 06/16/2022 | 0.1 | Review City's mediation questionnaire |
| 06/28/2022 | 0.1 | Review City's designation of record on appeal |
| 06/30/2022 | 0.1 | Review mediation assessment order |
| 08/31/2022 | 0.1 | Review mediation release order, calendar briefing due dates |
| 10/12/2022 | 0.1 | Review City's streamlined extension request and order, calendar dates |
| 11/14/2022 | 0.1 | Review second order extending time for City's brief, calendar dates |
| 12/12/2022 | 0.1 | Review City's further motion to extend time for brief |
| 12/24/2022 | 2.7 | Review opening brief, preliminary legal research re 5A, CACI 3720 issues |
| 12/27/2022 | 5.6 | Legal research re 5A issues: standard of review, blanket assertions, questioning witness outside presence, harmless error; draft outline for answering brief |
| 01/05/2023 | 3.3 | Legal research re 5A issues and draft answering brief outline: plain error review, burden of proving prejudice |
| 01/05/2023 | 1.0 | Zoom with D Galipo, E Valenzuela, R Masongsong re answering brief strategy, standards of review, factual record |
| 01/05/2023 | 3.4 | Draft answering brief outline, legal research re CACI 3720 issues |
| 01/23/2023 | 0.1 | Confer with E Valenzuela and R Masongsong re answering brief status |
| 02/02/2023 | 1.7 | Draft answering brief: introduction, issues presented, jurisdiction |
| 02/02/2023 | 0.1 | Confer with R Masongsong re statement of facts |
| 02/09/2023 | 0.2 | Confer with R Masongsong re motion to extend time, facts |
| 02/10/2023 | 6.8 | Draft and revise statement of facts, review district court record re same: pretrial, trial day 1-2 |
| 02/13/2023 | 3.1 | Draft and revise statement of facts, review district court record re same: trial day 2 |
| 02/13/2023 | 0.2 | Revise motion for extension, confer with R Masongsong re same and bodycam video |
| 02/20/2023 | 0.2 | Confer with R Masongsong re answering brief status, division of labor, strategy |
| 02/22/2023 | 9.3 | Draft and revise statement of facts, review district court record re same: trial day 3-5, body cam video |
| 02/22/2023 | 0.1 | Review order granting motion for extension, calendar dates |
| 02/23/2023 | 5.4 | Draft and revise statement of facts, review district court record re same: trial day 5 and documentary exhibits |
| 02/23/2023 | 5.5 | Legal research and draft memo to file re indemnification issues |
| 02/24/2023 | 6.1 | Revise and organize statement of facts, draft and revise intro; legal research and draft argument re "purely personal reasons" including Farmers, Lisa M; draft various argument responses to opening brief assertions |
| 02/24/2023 | 2.4 | Legal research and draft memo to file re indemnification issues |
| 02/28/2023 | 6.7 | Revise and organize statement of facts |
| 02/28/2023 | 0.7 | Review City's CACI email, review proposed CACI modifications for summer 2023 session |
| 02/28/2023 | 0.8 | Memo to R Masongsong and E Valenzuela re research topics to pursue, division of labor on argument |

1/18/2024

# LAW OFFICE OF JOHN FATTAHI
## Timesheet

| Date | Duration | Description |
|---|---:|---|
| 03/13/2023 | 10.2 | Legal research re answering brief, including instructional error standards, Rule 51 preservation, plain error, prejudice, CACI in CRC |
| 03/14/2023 | 8.9 | Legal research re answering brief, including Fifth Amendment invocation issues, forfeiture, FRE 103 and offer of proof requirement, plain error review of exculsion of testimony, scope of employment cases including Perez and Inouye, CACI 3720 and 3723 case law |
| 03/15/2023 | 4.2 | Legal research re review of instructional "formulation" vs misstatement of law, sufficiency of offer of proof when evidence is excluded |
| 03/15/2023 | 10.0 | Draft answering brief, including Fifth Amendment section, statement of the case, revise introduction and issues on appeal |
| 03/16/2023 | 10.8 | Draft answering brief, including Fifth Amendment section, plain error analysis |
| 03/17/2023 | 4.7 | Draft answering brief, including Fifth Amendment plain error analysis |
| 03/17/2023 | 9.5 | Draft answering brief, including 3720 section, plain error analysis |
| 03/19/2023 | 12.8 | Draft answering brief, including 3720 section, plain error analysis, JMOL section, alternative affirmance on 50a |
| 03/20/2023 | 0.7 | File notice of appearance, draft motion to transmit physical exhibits, corresp to J Eisenman re motion to transmit physical exhibits |
| 03/20/2023 | 2.9 | Legal research re comparison of "foreseeability" between enterprise and negligence liability, Musgrove, draft answering brief re same |
| 03/20/2023 | 1.7 | Coordinate supplemental excerpts of record, index |
| 03/20/2023 | 5.3 | Draft and revise answering brief, review additional record documents including motion replies, proposed PTCO, Sanchez depo excerpts, for inclusion |
| 03/21/2023 | 3.0 | Review record below, coordinate supplemental excerpts |
| 03/21/2023 | 6.6 | Draft and revise answering brief, including JMOL section, alternative ground for affirming |
| 03/22/2023 | 8.1 | Draft summary of argument, revise and edit brief for clarity and length, research re parallel cases in workers' comp context |
| 03/23/2023 | 0.5 | Confer with D Galipo and E Valenzuela re revisions, finalize answering brief for filing |
| 06/15/2023 | 2.6 | Review reply brief, review newly cited cases |
| 07/17/2023 | 0.8 | Confer with D Galipo re oral argument strategy |
| 08/07/2023 | 0.2 | Review panel assignment, confer with D Galipo re same |
| 08/08/2023 | 1.0 | Zoom meeting with D Galipo, E Valenzuela, R Masongsong re argument prep |
| 08/10/2023 | 3.7 | Draft outlines for oral argument on issues of forfeiture/waiver, plain error, instructional error, Fifth Amendment invocations, certification to Cal Sup Ct, legal research re same |
| 08/13/2023 | 5.2 | Draft list of likely questions from panel, review prior decisions from panel members, confer with D Galipo re argument prep, legal research re course and scope case law |
| 08/14/2023 | 4.5 | Draft list of key points for argument, confer with D Galipo re argument prep, legal research re Musgrove and Bearchild |
| 08/15/2023 | 1.3 | Observe argument remotely, confer with D Galipo re same |

**LAW OFFICE OF JOHN FATTAHI**
# Timesheet

| Date | Duration | Description |
| --- | --- | --- |
| 10/16/2023 | 0.6 | Review memorandum disposition, confer with D Galipo re transfering fee motion to district court, corresp to J Eisenman re same |
| 10/30/2023 | 1.2 | Review City's Petition for Rehearing, memo to file re potential counterarguments |
| 11/27/2023 | 0.5 | Review Order amending memorandum disposition and denying Petition for Rehearing; corresp with J Eisenman re transferring and extending fee motion |
| 11/28/2023 | 0.9 | Draft motion to transfer consideration of fees on appeal to district court |
| 12/06/2023 | 0.2 | Review Opp'n to motion to transfer consideration |
| 12/21/2023 | 0.1 | Review Order granting motion to transfer consderation to district court |
| 12/21/2023 | 0.2 | Corresp with R Masongsong and C Sobel re motion for fees on appeal, hourly rates, settlement proposal |
| 12/27/2023 | 0.3 | Draft LR 7-3 meet and confer email to opposing counsel re fees on appeal motion |
| 12/31/2023 | 0.5 | Review Sobel declaration re hourly rates, corresp re same |
| 01/02/2024 | 0.3 | File notice of association, send follow-up email regarding LR 7-2 M&C on fees-on-appeal motion, confer with D Galipo re City's request for demand |
| 01/02/2024 | 1.3 | Draft motion for fees on appeal |
| 01/02/2024 | 0.2 | Confer with D Galipo and C Brente re potential settlement of fees on appeal |
| 01/02/2024 | 0.3 | Corresp with C Brente re settlement of fees on appeal, draft stip extending time for fee motion |
| 01/16/2024 | 0.7 | Corresp with C Brente re payment of judgment and settlement of fees, confer with D Galipo re same |
| 01/16/2024 | 6.3 | Draft motion for fees on appeal |
| 01/17/2024 | 4.2 | Draft motion for fees on appeal, draft supporting declaration |
| 01/17/2024 | 1.8 | Review Real Rate Reports for 2022 and 2023 and Sobel declaration and exhibits, confer with C Sobel re same |
| 01/18/2024 | 0.8 | Draft proposed order granting fee motion |
| 01/18/2024 | 4.0 | Draft motion for fees on appeal, legal research re same |
| **210.4** | | **TOTAL** |