# DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney duly admitted to practice before this honorable court and I am one of the attorneys of record in the instant matter. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called. I make this declaration in support of Plaintiffs' Motion for Attorneys' Fees.

2. Since my reply declaration was filed concurrently with Plaintiffs' Reply In Support of their Motion for Attorneys' Fees on February 22, 2022 (Doc. 156-2), I have reasonably expended an additional 44 hours of billable time on this matter, bringing my total billable hours to 502, as follows:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/27/22 | Review, analyze and take notes of Defendants' Opening Brief, read and research cased cited therein (80 pgs) and the Excerpts of Record (1381 pgs) | 5.5 |
| 12/28/22 | Research issues raised in Defendants' Opening brief, including 5th Amendment and course and scope issues. | 4.7 |
| 12/29/22 | Review, analyze and take notes of the trial transcript regarding issues raised in Defendants' Brief, including instructing the jury, the 5th Amendment issue, and witness testimony on the course and scope issue (800 pgs). | 4.5 |
| 12/30/22 | Review, analyze and take notes of the trial transcript regarding issues raised in Defendants' Brief, including instructing the jury, the 5th Amendment issue, and witness testimony on the course and scope issue (800 pgs) and research these same issues. | 5.8 |
| 1/5/23 | Review, analyze and take notes of the trial transcript regarding issues raised in Defendants' Brief, including instructing the jury, the 5th Amendment issue, and witness testimony on the course and scope issue (800 pgs) and research these same issues. | 2.3 |
| 1/5/23 | Zoom with Plaintiffs' legal team to discuss issues in Defendants' Brief and Plaintiffs' Answering Brief | 1.0 |

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 1/10/23 | Review, analyze and take notes of the trial transcript regarding issues raised in Defendants' Brief, including instructing the jury, the 5th Amendment issue, and witness testimony on the course and scope issue (800 pgs) and research these same issues. | 3.5 |
| 1/12/23 | Research 5th Amendment, jury instruction and course and scope issues raised in Defendants' Brief | 2.4 |
| 1/13/23 | Research 5th Amendment, jury instruction and course and scope issues raised in Defendants' Brief | 1.8 |
| 2/28/23 | Review Memo on legal issues raised in Defendants' Brief and research issues on 5th Amendment, jury instruction and course and scope issues | 2.5 |
| 3/23/23 | Review, analyze and take notes of draft of Plaintiffs' Answering Brief; zoom meeting with Plaintiffs' legal team to discuss brief, reviewing final draft of Plaintiffs' Answering Brief. | 2.2 |
| 6/15/23 | Review, analyze and take notes of Defendants' Reply Brief, including cases cited therein (57 pgs) | 2.5 |
| 8/8/23 | Zoom meeting with legal team to discuss oral argument strategy | 1.0 |
| 8/15/23 | Oral argument prep with DKG, attend oral argument, including travel | 2.7 |
| 10/16/23 | Review 9th. Circuit Memorandum and discuss with legal team | 0.5 |
| 10/30/23 | Review, analyze and take notes of Defendants' Reply Brief, including cases cited therein (29 pgs) and discuss with legal team | 0.6 |
| 1/17/24 | Prepare supplemental declaration for Atty fee motion | 0.5 |
| | TOTAL HOURS | 44 |

3. I was personally involved in the work set forth in my billing statement, and I can personally attest that it has been reasonably expended in pursuit of the litigation.

4. The number of hours claimed in my billing statement for this action is

1  reasonable and well-documented. I kept contemporaneous time records for the work
2  I performed in this case. I conducted only that research, drafting and other work as
3  was necessary. Other expenses were kept to a minimum.

4      5.    I am respectfully requesting an hourly rate of $800.00 for additional
5  time and work I spent on this case.  I devoted 44 additional hours to this action since
6  the Plaintiffs' Reply In Support of their Motion for Attorneys' was filed on February
7  22, 2022 (Doc. 156).  The total amount of additional fees I generated in this action is
8  $35,200 (in addition to the $321,300 previously awarded by the Court).

9      6.    The Court previously awarded me an hourly rate of $700, in 2022.  See
10  Court's Order (Doc. 165) at 23.

11      7.    I believe that my hourly rate is reasonable and in line with those
12  prevailing in the community for similar services by lawyers of reasonable
13  comparable skill, experience and reputation.

14

15  I declare under penalty of perjury that the foregoing is true and correct.
16  Executed this 17th day of January, 2024 at Woodland Hills, California.

17

18  _____/s/ Eric Valenzuela_____
19  Eric Valenzuela