# Exhibit "A"

**Renee Masongsong**
**Timekeeping Record**

*French v. City of Los Angeles, et al*
**Case No. 5:20-cv-00416-JGB- SP**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 4/8/22 | Client communication | 0.1 |
| 4/29/22 | Client communication | 0.1 |
| 5/12/22 | Client communication | 0.2 |
| 9/21/22 | Client communication | 0.2 |
| 12/28/22 | Review Appellants' opening brief and excerpts of record | 2.2 |
| 12/29/22 | Review and compile cases cited within opening brief | 3.6 |
| 1/3/23 | Review: the district court's jury instructions given; the parties' submitted jury instructions; relevant model CACI instructions; portions of trial transcripts pertaining to jury instructions | 3.2 |
| 1/5/23 | Conduct legal research regarding jury instruction issues | 2.2 |
| 1/5/23 | Participate in Zoom strategy meeting with Plaintiffs' team | 1.1 |
| 1/5/23 | Review outline by J. Fattahi and provide input | 0.8 |
| 1/23/23 | Confer with J. Fattahi re: answering brief | 0.1 |
| 2/2/23 | Confer with J. Fattahi re: statement of facts | 0.1 |
| 2/2/23 | With an eye toward drafting the statement of facts, review district court briefing and orders re: motion for summary judgment; motion for judgment on the pleadings; motion for judgment notwithstanding the verdict or for a new trial | 2.4 |
| 2/2/23 | Review trial transcripts with an eye toward drafting the statement of facts | 6.2 |
| 2/3/23 | Prepare initial draft of statement of facts | 3.0 |
| 2/6/23 | Continue to prepare initial draft of statement of facts | 4.2 |
| 2/9/23 | Continue to prepare initial draft of statement of facts | 3.5 |
| 2/9/23 | Email communication with J. Eisenman re: Appellees' request for an extension of time | 0.1 |
| 2/9/23 | Confer with J. Fattahi re: answering brief and motion for extension of time | 0.1 |

**Renee Masongsong**
**Timekeeping Record**

*French v. City of Los Angeles, et al*
Case No. 5:20-cv-00416-JGB- SP

| | | |
|---|---|---|
| 2/10/23 | Prepare motion for extension of time | 1.6 |
| 2/13/23 | Confer with J. Fattahi re: answering brief and motion for extension of time | 0.1 |
| 2/13/23 | Revise motion for extension of time and prepare for filing | 0.8 |
| 2/20/23 | Confer with J. Fattahi re: answering brief and motion for extension of time | 0.1 |
| 2/22/23 | Review video evidence admitted at trial and correspond with J. Fattahi re: same | 0.8 |
| 2/28/23 | Review letter re: CACI 3720 | 0.3 |
| 2/28/23 | Review draft of answering brief and provide input | 2.0 |
| 2/28/23 | Review memo by J. Fattahi re: outstanding research topics | 0.3 |
| 3/1/23 | Conduct legal research | 3.2 |
| 3/1/23 | Confer with E. Valenzuela on research issues | 0.3 |
| 3/2/23 | Conduct legal research | 3.5 |
| 3/8/23 | Client communication | 0.1 |
| 3/17/23 | Conduct legal research re: CACI 3720; conduct legal research re: CACI 3723 | 3.5 |
| 3/19/23 | Review draft of answering brief and provide input (1.4); review and compile additional documents to be included in the supplemental excerpts of record (1.2) | 2.6 |
| 3/20/23 | Conduct legal research | 3.8 |
| 3/23/23 | Review final draft of Appellees' answering brief and provide input | 1.5 |
| 3/27/23 | Client communication | 0.2 |
| 6/15/23 | Review Appellants' reply brief and cases cited therein | 2.0 |
| 6/21/23 | Client communication | 0.2 |
| 8/8/23 | Participate in Zoom meeting with Plaintiffs' team | 1.0 |
| 8/10/23 | Assist with preparation for oral argument | 2.4 |
| 8/14/23 | Client communication | 0.1 |

**Renee Masongsong**
**Timekeeping Record**

*French v. City of Los Angeles, et al*
**Case No. 5:20-cv-00416-JGB- SP**

| | | |
|---|---|---|
| 8/15/23 | View oral argument remotely | 0.6 |
| 10/16/23 | Review Ninth Circuit Memorandum and discuss with Plaintiffs' team | 0.5 |
| 10/19/23 | Client communication | 0.1 |
| 10/30/23 | Review Appellants' petition for rehearing en banc | 0.8 |
| 11/23/23 | Conduct legal research on indemnification issues | 3.5 |
| 11/27/23 | Review order amending memorandum disposition | 0.3 |
| 1/18/24 | Prepare supplemental attorney fee declaration | 0.5 |
| **TOTAL HOURS** | | **70.1** |