**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KANEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**COLLEEN SMITH,** Deputy City Attorney (SBN 209719
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel:  (213) 978-6900;   Fax:  (213) 978-8785
Email: colleen.smith@lacity.org
*Attorneys for Defendant* CITY OF LOS ANGELES

Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 Fax: (818) 347-4118
Emails: dalekgalipo@yahoo.com
msincich@galipolaw.com

*Attorney for Plaintiff*, PAOLA FRENCH, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAOLA FRENCH, et al., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al. <br><br> Defendants. | **Case No. 2:20-cv-00416 JGB SP** <br> *Honorable Jesus G. Bernal; Ctrm 1 (Riverside)* <br> *Magistrate Judge Sheri Pym; Ctrm 4 (Riverside)* <br><br> **JOINT STIPULATION OF SATISFACTION OF JUDGMENT** |

**TO THE HONORABLE COURT:**

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel of record, that the judgment in this matter has been fully satisfied.

*IT IS SO STIPULATED.*

DATED: November 21, 2024     HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KANEALY, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: _____*Colleen R. Smith*_____
    COLLEEN SMITH, Deputy City Attorney
*Attorneys for Defendant* CITY OF LOS ANGELES

DATED: November 19, 2024     LAW OFFICE OF DALE K. GALIPO

By: ___/s/ Dale K. Galipo_____
    DALE K. GALIPO, ESQ.
    MARCEL F. SINCICH, ESQ.
*Attorneys for Plaintiff,* PAOLA FRENCH, et al.

## ATTESTATION RE ELECTRONIC SIGNATURES

     Pursuant to Local Rule 5 5-4.3.4(a)(2)(i), I attest that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 21, 2024    HYDEE FELDSTEIN SOTO, City Attorney
                                       DENISE C. MILLS, Chief Deputy City Attorney
                                       KATHLEEN KANEALY, Chief Assistant City Attorney
                                       CORY M. BRENTE, Senior Assistant City Attorney

                                By: _____*Colleen R. Smith*_____
                                    COLLEEN SMITH, Deputy City Attorney
                               *Attorneys for Defendant* CITY OF LOS ANGELES